In the Matter of ANSON REED, a Child under Sixteen Years of Age.— Judgment reversed on the law, without costs, and proceeding dismissed. Memorandum: The record proof discloses that this eight-year-old child's refusal to join with the other scholars in the salute to the American flag, as a part of the patriotic program prepared by the Commissioner of Education, is the result of his obedience to parental authority and teaching. Such circumstances do not, in our opinion, establish delinquency within the meaning of section 486 of the Penal Law. We have examined the case of *People* v. *Sandstrom* (279 N. Y. 523), upon which the respondent chiefly relies, and find nothing therein that requires a different conclusion. All concur. (The judgment adjudges Anson Reed to be a delinquent child because of failure to pledge allegiance to the flag in a proceeding to declare him delinquent.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of the Application of ROBERT W. WOODRUFF, a Stockholder in the LEVY BROTHERS & ADLER ROCHESTER, INC., for the Appointment of Appraisers to Appraise the Value of His Stock.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies petitioner's application for the appointment of appraisers in a proceeding for the appraisal of petitioner's fifty shares of stock in respondent corporation.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ. [175 Misc. 819.]

In the Matter of the Application of FREDERICK K. HART, Petitioner, for an Order to Review the Proceedings of CARROLL E. MEALEY, Commissioner of Motor Vehicles of the State of New York, Respondent, Pursuant to Article 78 of the Civil Practice Act of the State of New York.— Determination confirmed, without costs. All concur, except Dowling, J., who dissents and votes to annul the determination on the ground that there is no evidence to sustain the determination. (Proceeding to review determination of respondent in revoking petitioner's driver's license.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of the Probate of the Last Will and Testament of CHARLES L. HAYDEN, Deceased.— Decree affirmed, with costs to the respondents payable out of the estate. All concur. (The decree admits the last will of decedent to probate after a trial of questions of fact before County Court in a proceeding to probate the will.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.